

FILED

2010 APR 6 AM 11 56

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL LEE HANSON,<br><br>                Plaintiff,<br><br>vs.<br><br>LINDA METZGER, et al.,<br><br>                Defendants. | No. CV-10-05-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on February 17, 2010,[1] and on March 11, 2010.[2] Plaintiff filed objections on March 2, 2010,[3] and on March 25, 2010.[4] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 11

[2] Document No. 15

[3] Document No. 12

[4] Document No. 16

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff Jane Doe is DISMISSED as party in this case.

2. Plaintiff Michael Hanson's federal claims are DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff Hanson's state law claims. 28 U.S.C. § 1367(c)(3).

4. No further amendments of the Complaint will be allowed as they would be futile.

5. Any appeal from this disposition will not be taken in good faith as Plaintiff Hanson's claims are frivolous. Fed. R. App. P. 24(a)(3).

6. The Clerk is directed to enter judgment accordingly.

DATED this 5th day of April, 2010.

SAM E. HADDON
United States District Judge